IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DAVID LOWERY, | ) | |
| | ) | 4:10CV00047 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending that an Order be entered granting the Commissioner of Social Security's Motion for Summary Judgment, affirming the Commissioner's final decision, and dismissing the case from the docket. Rep. and Recommendation, June 29, 2011, ECF No. 19. The Report and Recommendation was filed on June 29th, 2011, from which time the parties had fourteen days to file an objection. Fed. R. Civ. P. 72(b)(2). Because no objections have been filed, I "must only satisfy [myself] that there is no clear error on the face of the record." Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation marks and citing reference omitted). Finding none, I **ORDER** that the June 29th Report and Recommendation be **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, the Commissioner's final decision is **AFFIRMED**, and this case is **DISMISSED** from the docket.

Entered this 14th day of July, 2011.

s/Jackson L. Kiser
Senior United States District Judge